IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KENNETH R. TALLEY and JANICE A. TALLEY, | § § § | No. 146, 2022 |
| Plaintiffs Below, Appellants, | § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2021-0011 |
| JUDITH TALLEY HORN and DARREN WAYNE HORN SR., | § § § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: May 10, 2022
Decided: May 19, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## <u>ORDER</u>

This 19th day of May 2022, it appears to the Court that:

(1)     On April 29, 2022, the plaintiffs below-appellants, Kenneth R. Talley and Janice A. Talley ("the Talleys") filed an interlocutory appeal from a Court of Chancery Master's letters denying their requests for continuance of trial and informing them that trial would proceed as scheduled.  The Senior Court Clerk issued a notice directing the Talleys to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to consider an appeal directly from a Court of Chancery Master's rulings.

(2)     In their response to the notice to show, the Talleys argue the merits of their underlying case and explain the reasons for their request for a continuance in the Court of Chancery.  The Talleys do not address this Court's lack of jurisdiction to hear an appeal directly from a Master's decision.[1]  The right to review of a Master's order is to a judge in the Court of Chancery.[2] This appeal must be dismissed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] *In re Webb*, 2011 WL 4838972, at *1 (Del. Oct. 12, 2011) (citing *Johnson v. State*, 884 A.2d 475, 479) (Del. 2005)).
[2] Del. Ch. Ct. R. 144.